UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY EVANS,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO COUNTY SHERIFF,<br><br>Defendant. | No. 2:17-cv-0020-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On July 11, 2018, the court ordered plaintiff to file a second amended complaint within thirty days. ECF No. 22. On August 2, 2018, plaintiff notified the court that he could not file a second amended complaint unless the court provided him with free copies of exhibits that plaintiff previously submitted to the court and no longer possesses. ECF No. 23. The court, however, is not a repository for plaintiff's evidence and plaintiff is not entitled to free copies.[1]

/////

/////

/////

---

[1] The Clerk's Office charges $0.50 per page for copies of documents. Copies of up to twenty pages may be made by the Clerk's Office at this court upon written request and prepayment of the copy fees. Checks in the exact amount are to be made payable to "Clerk USDC."

As a courtesy, the court will grant plaintiff another 30-day extension of time to file a second amended complaint. Failure to do so may result in a recommendation of dismissal.

So ordered.

Dated: August 17, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE